# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BLOUNT BROS. CONSTRUCTION, LLC

VERSUS

STATE OF LOUISIANA-
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT, FIDELITY &
DEPOSIT COMPANY OF MARYLAND,
ZURICH AMERICAN INSURANCE
COMPANY, JANICE WILLIAMS AND
MIKE VOSBURG

NO.  2025 CW 1056

**FEBRUARY 09, 2026**

---

In Re:    Blount Bros. Construction, LLC, Blount Holdings, Inc.,
          Blount Bros. Construction, Inc., KHCD Properties, LLC,
          Aggregate Properties, LLC, and C. Denzil Blount,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 662319.

---

BEFORE:   **THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

    **WRIT DENIED.**

                           **MRT**
                           **KEB**
                           **BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.